IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § No. 9:21CR27-4 |
| v. | § |
| | § Judge Crone |
| JOHNATHAN TILLERY a/k/a | § |
| "JONATHAN TILLERY" | § |
| a/k/a "JOHNATHON TILLERY" | § |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the indictment with a violation of Title 21, United States Code, Section 846, conspiracy to distribute and possess with the intent to distribute a controlled substance. The essential elements which must be proven to establish the violation are:

1. That two or more persons, directly or indirectly, reached an agreement to possess with intent to distribute 50 grams or more of methamphetamine (actual);

2. That you knew of the unlawful purpose of the agreement;

3. That you joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

4. That the overall scope of the conspiracy involved at least 50 grams or more of methamphetamine (actual), a Schedule II controlled substance; and

5. That you knew or reasonably should have known that the scope of the conspiracy involved at least 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

You are charged in Count Four of the indictment with a violation of Title 18, United States Code, Section 924(c)(1), carry and use a firearm during and in relation to a drug trafficking crime. The essential elements which must be proven to establish the violation are:

1. That you committed the crime alleged in Count Two, a drug trafficking crime; and

2. That you knowingly used or carried a firearm during and in relation to your commission of the crime charged in Count Two.

    Respectfully submitted,

    BRIT FEATHERSTON
    UNITED STATES ATTORNEY

    */s/ Donald S. Carter*
    DONALD S. CARTER
    Assistant United States Attorney
    Eastern District of Texas
    415 S. First Street, Ste. 201
    Lufkin, Texas 75901
    Texas Bar No. 24065011

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing document was delivered by electronic delivery to defendant's attorney John Peralta, on the 7th day of February 2022.

    */s/ Donald S. Carter*
    DONALD S. CARTER

**Elements of the Offense - Page 2**