Case #: 9:21-cr-00027-MAC-CLS-4

Dear Sir/man,

I have had 1 Attorney go thru and look at my legal situation. "Now", with all the new laws comming out this year, I have had this Specific Public Defender go thru my case, with that being said, I am Respectfully asking the court to "Please" Appoint "Mr. John McElroy" A Public Defender to Represent me! Thank you For Your Time! God Bless!

Office of the
Federal Defender
John McElroy
110 North College
Suite 1122
Tyler, TX 75702

#(903) 531-9233
Fax: (903) 531-9625

Respectfully Submitted

Johnathan Tillery
#62909509

#62909509



Johnathan Tillery #62009509
FCC Forrest City - Medium
P.O. Box 3000
Forrest City, AR 72336

United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, Tx 75901

MEMPHIS TN 380
5 MAR 2024 PM 2 L

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 11 2024
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

CLERK, U.S. DISTRICT COURT
RECEIVED
JAN 2024
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

75901-$03105

